UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                            :

In re: EPHEDRA PRODUCTS LIABILITY    :
LITIGATION
                            :
                            :
------------------------------------------X
PERTAINS TO ALL CASES

04-MD-1598 (JSR)

ERRATA

JED S. RAKOFF, U.S.D.J.

    The following typographical errors in the Court's Opinion and Order dated September 19, 2005 are hereby corrected:

    - On the second line of page 30, after the words "as modified above," insert the words "is admissible,".

    - On the eleventh line of page 37, in place of the words "both the PCC and PCC," substitute "both the PCC and DCC".

    In addition, it should be noted that, prior to the opinion being filed, a version was inadvertently circulated to counsel that contained a typographical error in the sentence beginning on the sixth line of page 26 with the words "Although the gaps ...." As corrected in the filed opinion, the sentence reads: "Although the gaps between such data and definitive evidence of causality are real and subject to challenge before the jury, they are not so great as to require the opinion to be excluded from evidence."

    SO ORDERED

Dated:  New York, New York
        September 25, 2005

JED S. RAKOFF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-26-05